FORM 32. Response to Notice to Advise of Scheduling Conflicts | Form 32
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

Case Number: 22-1421, -1573

Short Case Caption: Sonos, Inc. v. International Trade Commission

| **Party Name(s)** | Sonos, Inc. |
|---|---|
| **Name of Arguing Counsel** | E. Joshua Rosenkranz |
| **Dates Unavailable**<br><br>List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case.<br><br>**Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | 05/01/2023<br>05/02/2023<br>05/03/2023<br>05/04/2023<br>05/05/2023 |
| **Potential Other Conflicts**<br><br>Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | The Chamberlain Group, LLC v. International Trade Commission (Nos. 22-1664, -1656)<br>Plexxikon Inc. v. Novartis Pharmaceuticals Corporation (No. 23-1113) |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 02/17/2023      Signature: /s/ E. Joshua Rosenkranz

Name: E. Joshua Rosenkranz

Nos. 22-1421, -1573

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

SONOS, INC.,

    Appellant,

    v.

INTERNATIONAL TRADE COMMISSION,

    Appellee,

GOOGLE LLC,

    Intervenor.

---

GOOGLE LLC,

    Appellant,

    v.

INTERNATIONAL TRADE COMMISSION,

    Appellee,

SONOS, INC.,

    Intervenor.

## STATEMENT OF GOOD CAUSE

Counsel for Sonos, Inc. ("Sonos") hereby provides the following statement of good cause to support each listed day on Sonos's Response to Notice to Advise of Scheduling Conflicts. Good cause exists not to schedule oral argument on May 1-5, 2023.

1. I am arguing counsel for Sonos in the above-captioned matter.

2. The Court has asked arguing counsel to advise of scheduling conflicts for its sessions from April 2023 through September 2023.

3. I am arguing counsel for appellant in *The Chamberlain Group LLC v. International Trade Commission*, Nos. 22-1664, -1656 (Fed. Cir.). Pursuant to the February 8, 2023 order, oral argument in *Chamberlain* will be placed on the May 2023 argument calendar. Preparation for argument in *Chamberlain*, combined with commitments in other matters, would make it very difficult to prepare for and present argument in this matter at the same session.

Date: February 17, 2023　　Respectfully submitted,

<u>*/s/ E. Joshua Rosenkranz*</u>
E. Joshua Rosenkranz
ORRICK, HERRINGTON &
　SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019
(212) 506-5000

*Counsel for Sonos, Inc.*