NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SONOS, INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**GOOGLE LLC,**
*Intervenor*

------------------------------------------------

**GOOGLE LLC,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**SONOS, INC.,**
*Intervenor*

_____

2022-1421, 2022-1573

_____

Appeals from the United States International Trade Commission in Investigation No. 337-TA-1191.

_____

**ON MOTION**

Per Curiam.

**O R D E R**

Upon consideration of the parties' joint motion to clarify the procedures at the oral argument scheduled in the above-captioned appeal for November 8, 2023,

It Is Ordered That:

The motion is granted to the extent that the appeal and cross-appeal will be argued separately as follows:

(1) The cross-appeal (2022-1573) will be argued first, with ten minutes per side. Google will be allocated ten minutes, the Commission will receive seven, and Sonos will receive three.

(2) The lead appeal (2022-1421) will be argued second, with ten minutes per side. Sonos will be allocated ten minutes, the Commission will receive seven, and Google will receive three.

The parties shall file amended responses to the notice of oral argument no later than October 23, 2023, to reflect the above procedures. The responses shall be filed under the lead appeal, but the responses may attach a continuation page to address differences across the cases.

For the Court

October 16, 2023
Date

Jarrett B. Perlow
Clerk of Court