

## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

November 4, 2023

Hon. Jarrett B. Perlow, Clerk
U.S. Court of Appeals for the Federal Circuit
Office of the Clerk
717 Madison Place, NW
Washington, DC  20439

**RE:**  *Sonos, Inc. v. ITC* **(No. 22-1421);** *Google LLC v. ITC* **(No. 22-1573)**

Dear Mr. Perlow:

The above-listed appeals have been scheduled for oral argument on November 8, 2023.  *See* No. 22-1421, Notice of Oral Argument, ECF No. 76 (Sept. 21, 2023). These appeals are from Investigation No. 337-TA-1191, which involved five patents. The Commission notes that counsel for Appellant Sonos, Inc. has confirmed that the expiry dates for those five patents are as follows:

| U.S. Patent No. | Expiration Date |
|---|---|
| 9,195,258 | April 1, 2024 |
| 10,209,953 | April 1, 2024 |
| 8,588,949 | April 1, 2024 |
| 9,219,959 | September 11, 2027 |
| 10,439,896 | June 6, 2025 |

Sincerely,

*/s/ Richard P. Hadorn*
Richard P. Hadorn
Office of the General Counsel
Attorney for Appellee U.S. International Trade Commission

# **CERTIFICATE OF SERVICE**

I, Richard P. Hadorn, hereby certify on this 4th day of November 2023 that I filed the attached **LETTER OF APPELLEE INTERNATIONAL TRADE COMMISSION** using this Court's CM/ECF system, which will serve the letter on all counsel of record.

/s/ *Richard P. Hadorn*
Richard P. Hadorn
Attorney for Appellee
Office of the General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436
Tel:  (202) 205-3179
Fax:  (202) 205-3111
richard.hadorn@usitc.gov