

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

July 9, 2024

E. Joshua Rosenkranz
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019

Richard P. Hadorn
U.S. International Trade Commission
500 E Street SW
Washington, DC 20436

**Re:    Sonos, Inc. v. ITC - Appeal No. 22-1421**

Dear Counsel:

The court invites responses from International Trade Commission and Sonos, Inc. to the petition for rehearing en banc filed by the Google LLC in this matter.

Please file the response in accordance with Federal Circuit Rule 35 on or before July 23, 2024.

Very truly yours,

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court
By: M. Hull

cc:    Dan Bagatell