NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SONOS, INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**GOOGLE LLC,**
*Intervenor*

-------------------------------------------------

**GOOGLE LLC,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**SONOS, INC.,**
*Intervenor*

---

2022-1421, 2022-1573

---

Appeals from the United States International Trade Commission in Investigation No. 337-TA-1191.

---

## ON PETITION FOR REHEARING EN BANC

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, and STARK, *Circuit Judges*.[1]

PER CURIAM.

## O R D E R

Google LLC filed a petition for rehearing en banc. The court invited a response to the petition which was filed by the International Trade Commission and Sonos, Inc. The petition was first referred to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue September 17, 2024.

FOR THE COURT

September 10, 2024
        Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Circuit Judge Newman and Circuit Judge Cunningham did not participate.